# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE M. MANES,<br><br>           Plaintiff,<br><br>   vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>           Defendant. | Case No. EDCV 07-456-JWJ<br><br>JUDGMENT |

**IT IS ADJUDGED** that Judgment be entered that the decision of the Administrative Law Judge is affirmed.

DATED: March 6, 2009

                                                /s/
                                  JEFFREY W. JOHNSON
                              United States Magistrate Judge